FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ERICK OSUNA,

Plaintiff,

-vs-

AMERICAN STRATIGIC INSURANCE CORPORATION,

Defendant.

No. 2:26-CV-00174-JAG

ORDER DISMISSING CASE WITH PREJUDICE

Pending before the Court is the parties' Stipulated Motion for Dismissal With Prejudice. ECF No. 11. Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Dismissal With Prejudice, **ECF No. 11,** is **GRANTED.** All claims by and between Plaintiff and Defendants in the above entitled action are **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(a)(2) and without an award of costs or attorneys' fees to any Party.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED September 11, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE